SIMON BRINN and Another, Respondents, v. HARRY HINDLEMANN, INC., Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

GRAY-ANDREWS CORPORATION, Respondent, v. LEASE BROS. MOTOR CO., INC., Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

JOHN JONSCHEKOWITZ, Respondent, v. JOHANNA JONSCHEKOWITZ, Appellant.— Judgment affirmed, without costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

VICTOR YALO, Respondent, v. LENOX SAND & GRAVEL CO., INC., Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.